Case 5:23-cv-00008   Document 15   Filed on 08/29/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **RAMIRO ORTIZ,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 5:23-CV-00008 |
| § | |
| **ATLANTIC CASUALTY INSURANCE** § | |
| **COMPANY,** § | |
| § | |
| Defendant. § | |

## ORDER

Plaintiff Ramiro Ortiz and Defendant Atlantic Casualty Insurance Company filed a self-effectuating Stipulation of Dismissal with Prejudice (Dkt. 14). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Stipulation, signed by counsel for all Parties, notifies the Court that the case has been dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this August 29, 2023.

_____
Diana Saldaña
United States District Judge